IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:11-CV-212-MJH

| | | |
|---|---|---|
| SILAS MOBLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANNE M. TOMPKINS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff filed this action on May 2, 2011, while housed at the Mecklenburg County, North Carolina, jail. On May 12, 2011, the clerk entered an order requiring plaintiff to provide additional information in connection with this case. Plaintiff was warned that failure to submit such information within twenty days would result in dismissal of his action. (See May 12, 2011, Order [DE #2].) By letter dated June 1, 2011, plaintiff filed a notice of change of address, informing the court that he is now incarcerated in the United States Penitentiary – Lee in Jonesville, Virginia. However, plaintiff has not responded to the clerk's May 12, 2011, order.

In light of the fact that plaintiff was transported to a different facility at or around the time of the clerk's prior order, it is not clear that plaintiff received notice of the order. Accordingly, the court DIRECTS the clerk to serve

plaintiff with a copy of the May 12, 2011, order, together with this order. Plaintiff shall have twenty (20) days from the date of this order to provide the information requested in the May 12, 2011, order. Failure to provide such information in a timely manner will result in dismissal of this action.

This 1st day of September 2011.

*[signature]*
MALCOLM J. HOWARD
Senior United States District Judge for
the Eastern District of North Carolina
sitting by designation

At Greenville, NC
#31