# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Silas Mobley,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                              3:11cv212

Anne M. Tompkins, Robert Conrad,
Richard Culler, David A. Keesler,
and James Bryant,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 30, 2012 Order.

                                            Signed: January 30, 2012

                                            */s/ Frank G. Johns*

                                            Frank G. Johns, Clerk
                                            United States District Court